In the Interest of C.M.C., Respondent,

v.

———, Appellant.

No. 65348.

Missouri Court of Appeals, Eastern District, Division One.

Nov. 22, 1994.

Rehearing Denied Jan. 3, 1995.

Thea A. Sherry, Catalona & Sherry, Clayton, for appellant.

Cynthia Harcourt–Hearring, William P. Grant, Margulis & Grant, Clayton, for respondent.

René E. Lusser, St. Louis, Guardian ad Litem.

Before REINHARD, P.J., and GARY M. GAERTNER, and CRAHAN, JJ.

### ORDER

PER CURIAM.

Mother appeals from the decision of the Juvenile Court of St. Louis County adopting the Juvenile Court Commissioner's order finding that a four-year-old juvenile came within the provisions of § 211.031(1), RSMo Supp.1993, and awarding custody of the juvenile to father. We affirm. The judgment of the Juvenile Court is supported by substan-

tial evidence and is not against the weight of the evidence; no error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).